HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LETICIA REYES and ROBERT PULLEY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC., d/b/a Americas Servicing Co., a foreign corporation; ARGENT MORTGAGE CO., LLC, a foreign corporation; FLORENDA UY, an individual person, BNC MORTGAGE INC., a foreign corporation, NORTHWEST TRUSTEE SERVICES INC., a Washington corporation,<br><br>Defendants. | Case No. C05-5708 RBL<br><br>ORDER GRANTING WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT RE ORIGINATION CLAIMS |

Defendant Wells Fargo Home Mortgage has moved the Court for an order granting summary judgment on plaintiffs' first, second and fifth causes of action. Having considered all pleadings and declarations filed by the parties in connection with Wells Fargo's Motion, the Court hereby GRANTS the Motion for Summary Judgment re Origination Claims. The plaintiffs' first, second and fifth causes of action against Wells Fargo Home Mortgage are dismissed with prejudice.

ORDER
Page - 1

1

**IT IS SO ORDERED.**

DATED this 18th day of May, 2006.

　　　　　　　　　　　　　　　　_Ronald B. Leighton_
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By /s/ _____
David L. Young, WSBA No. 30543
Ronald E. Beard, WSBA No. 24024
Attorneys for Defendant
Wells Fargo Home Mortgage

ORDER
Page - 2