1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LETICIA REYES and ROBERT PULLEY,
husband and wife,

               Plaintiffs,

        v.

WELLS FARGO HOME MORTGAGE, INC.
d/b/a Americas Servicing Co., a foreign
corporation, et al.,

             Defendants.

No. C05-5708RBL

ORDER VACATING
ORDER GRANTING
PARTIAL SUMMARY
JUDGMENT

The Court's May 18, 2006, Order Granting Defendant Wells Fargo's Motion for Partial Summary Judgment [Dkt. #24] is hereby **VACATED**, as the parties have notified the Court of a settlement in this matter.

DATED this   22nd day of May, 2006.

Ronald B. Leighton
United States District Judge

_____
RONALD B. LEIGHTON
United States District Judge

ORDER                    1